RECEIVED
FEB - 3 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| IAN FRIDGE | * | CIVIL ACTION NO. 1:15-CV-01998 |
| **Plaintiff** | * | |
| | * | JUDGE DEE D. DRELL |
| **VERSUS** | * | |
| | * | MAGISTRATE |
| CITY OF MARKSVILLE, ET AL | * | JOSEPH H. L. PEREZ-MONTES |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT JUDGMENT AND FINAL NON-APPEALABLE JUDGMENT DISMISSING WITH PREJUDICE DEFENDANT CHARLES A. RIDDLE, III IN HIS INDIVIDUAL CAPACITY AND IN HIS OFFICIAL CAPACITY AS THE DISTRICT ATTORNEY FOR THE 12TH JUDICIAL DISTRICT OF THE STATE OF LOUISIANA; PLAINTIFF RESERVING HIS CLAIMS AGAINST ALL OTHER DEFENDANTS**

Considering that Plaintiff Ian Fridge ("Plaintiff") has sued *inter alia* Defendant Charles A. Riddle, III, individually and in his official capacity as the District Attorney for the 12th Judicial District of the State of Louisiana ("Riddle");

And further considering Riddle's pending *Motion to Dismiss; Alternatively, to Stay Proceedings* (Rec. Doc. 6) ("*Motion*");

And further considering that Plaintiff and Riddle, as set forth in their Joint Motion for consent Judgment, for good cause and the mutual benefit of the parties, have agreed to the following consent judgment, which shall be final and non-appealable:

**IT IS ORDERED, ADJUDGED, AND DECREED** that, for the reasons set forth in the Joint Motion to Dismiss, the Plaintiff's Complaint and all claims and causes of action set forth in the above-captioned and numbered proceeding as against Riddle, in both his individual and in his official capacity as the District Attorney for the 12th Judicial for the State of Louisiana, be and are hereby dismissed, with prejudice, with each party to bear his own costs,

546.0292

- 2 -

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that by consent of the parties hereto, and the law and evidence being in favor of the same, since the claims dismissed are barred for the substantive reasons fully set forth in the *Motion*, it is agreed and stipulated that there is no just reason to delay the entry of a final and non-appealable judgment pursuant to Federal Rule of Civil Procedure 54(b); accordingly:

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that this judgment be designated as a final judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

Alexandria, Louisiana, this 3RD day of February, 2016.

_____
**JUDGE DEE D. DRELL**

**Agreed to by:**

*s/ Ralph R. Alexis, III*
Ralph R. Alexis, III (2379)
Glenn B. Adams (2316)
Leandro R. Area (34425)
**PORTEOUS, HAINKEL AND JOHNSON, LLP**
704 Carondelet Street
New Orleans, LA 70130-3774
Phone: (504) 581-3838
Fax: (504) 581-4069
E-mail: ralexis@phjlaw.com
E-mail: gadams@phjlaw.com
E-mail: rarea@phjlaw.com
*Counsel for Defendant Charles A. Riddle, III, individually and in his official capacity as the District Attorney for the 12th Judicial District of the State of Louisiana*

And