UNITED STATES DISTRICT COURT WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| IAN FRIDGE | CIVIL ACTION NO. 1:15-CV-01998 |
| VERSUS | JUDGE DEE DRELL |
| CITY OF MARKSVILLE, ET AL | MAGISTRATE JOSEPH PEREZ-MONTES |

UNOPPOSED EX PARTE MOTION FOR EXTENSION OF TIME TO PLEAD

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rules 7.4.1 and 7.9, Defendants, City of Marksville, Elster Smith Jr., Lt. Derrick Stafford, Ptn. Norris Greenhouse, Ptn. Joseph Montgomery, Ptn. Damion Jacobs, Det. Kevin Hill and Det. Eric Jacobs ("Defendants"), move for an extension of thirty days, or until April 8, 2016, within which to file its answer or responsive pleadings to the Complaint filed by complainant Ian Fridge, and further represents as follows:

1.

Pursuant to Fed.R.Civ.P. 6(b)(1)(A) and 6(c)(1)(A), a motion for extension of time for the performance of an act, if the motion is filed before the expiration of the period originally prescribed, may be submitted without notice.

2.

Ian Fridge filed its complaint against the defendants on and service was made on February 17, 2016. Accordingly, the defendants' answer or responsive pleadings are originally due on or before March, 9 2016.

3.

This Unopposed Motion For Extension Of Time to Plead is timely because it is filed before the expiration of the period originally prescribed for defendants to file an answer or responsive pleadings.

4.

Because this motion is timely, it may be submitted for ex parte consideration without additional notice and opportunity for a hearing.

5.

Undersigned counsel certifies that he contacted Mr. Daniel McGlynn, counsel for Ian Fridge, who stated that he has no objection or opposition to the request for an extension to file responsive pleadings in this matter.

6.

No pretrial or scheduling conference has been set, so this 30 day extension will not affect the course of these proceedings.

7.

Pursuant to Local Rule 7.4.1., no memorandum in support is required for this motion.

8.

Therefore, for the reasons set forth in this motion, the City of Marksville respectfully requests an extension of thirty days, through and including April 8, 2016, within which to file an answer or other responsive pleadings to the complaint of Ian Fridge.

Respectfully submitted,

/s/ Derrick M. Whittington
_____
Derrick M. Whittington La. Bar No. 29480
WHITTINGTON LAW FIRM

                                                      P.O. BOX 127
                                        MARKSVILLE, LA 71351
                                        318-253-5852

                                  Attorney for Defendant

## CERTIFICATE OF SERVICE

     This is to certify that on this 7th day of March 2016 a copy of the above and forgoing was forwarded to opposing counsel via ECF.

                                  /s/ Derrick M. Whittington
                               _____
                                    Derrick M. Whittington