UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IAN FRIDGE, | Civil Action No. 1:15-cv-01998 |
| Plaintiff; | JUDGE DEE D. DRELL |
| v. | MAGISTRATE JAMES D. KIRK |
| THE CITY OF MARKSVILLE;<br>ELSTER SMITH, JR., Chief of Police;<br>CHARLES A. RIDDLE, III, Avoyelles Parish District Attorney<br>LT. DERRICK STAFFORD, Police Officer;<br>PTN. NORRIS GREENHOUSE, Police Officer;<br>PTN. JOSEPH MONTGOMERY, Police Officer;<br>PTN. DAMION JACOBS, Police Officer;<br>DET. KEVIN HILL, Police Officer; and<br>DET. ERIC JACOBS, Police Officer | |
| *IN THEIR INDIVIDUAL AND*<br>*OFFICIAL CAPACITIES* | |
| Defendants. | |

## MOTION AND ORDER TO WITHDRAW AS COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Daniel J. McGlynn and MCGLYNN, GLISSON & MOUTON, who respectfully move this Honorable Court for an Order allowing them to withdraw as counsel of record on behalf of plaintiff, Ian Fridge, upon suggesting to the Court that undersigned counsel has no familiarity, expertise or interest in this type of litigation and that the sole reason that the representation of Mr. Fridge was undertaken was due to the efforts and interests of Joe Donahue, a previous employee at the law firm of MCGLYNN, GLISSON & MOUTON who is no longer with the firm.

Mr. Fridge was previously made aware of this situation and that MGM would remain involved in his case only to the extent necessary to effect service and stabilize the case, which has now been accomplished. MGM also agreed to attempt to negotiate an expedient settlement on behalf of Mr. Fridge. Despite undersigned counsels' effort and MGM's agreement not to take an attorney fee or seek reimbursement of costs from any amount that Defendants, including the city of Marksville might pay in settlement, no settlement could be negotiated.

Consequently, the usefulness and competence of MGM to continue in the representation of Mr. Fridge has run its course and Mr. Fridge will need substitute counsel. Movers submit that this cause is not set for trial and their withdrawal would not delay these proceedings.

Movers further submit that Mr. Fridge has been notified by certified and regular mail-confirmed by telephone discussion-of their intent to withdraw and the filing of this motion.

Mr. Fridge's last known address is 9240 Brittany Street, Sorrento, LA 70778. His last known telephone number is (225) 939-6091.

MCGLYNN, GLISSON & MOUTON

By: _____
Daniel J. McGlynn - Bar Roll #:17051
MCGLYNN, GLISSON & MOUTON
340 Florida Street
Baton Rouge, LA 70801
Tel: (225)344-3555