RECEIVED
APR 2 6 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| IAN FRIDGE | CIVIL ACTION 1:15-CV-01998 |
| VERSUS | JUDGE DRELL |
| CITY OF MARKSVILLE, et al. | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Defendants' Motion to Dismiss Fridge's official capacity § 1983 claims against Chief Smith (Doc. 39) is GRANTED.

IT IS ORDERED that Defendants' Motion to dismiss Fridge's § 1983 claims against the City (Doc. 39) is GRANTED.

IT IS ORDERED that Defendants' Motion to Dismiss Fridge's § 1983 claims against Chief Smith in his individual capacity for unconstitutional policies or customs (Doc. 39) is GRANTED.

IT IS ORDERED that Defendants' Motion to Dismiss Fridge's § 1983 claims against Chief Smith in his individual capacity for failure to train or supervise (Doc. 39) is GRANTED.

IT IS ORDERED that Defendants' Motion to Dismiss Fridge's state law failure-to-train claim against Chief Smith and the City (Doc. 39) is GRANTED.

IT IS ORDERED that Fridge's Second Amendment and procedural due process claims for retention of his firearm are DISMISSED WITHOUT PREJUDICE.

IT IS ORDERED that the Motion to Dismiss Fridge's state law claims against Defendants Stafford, Greenhouse, Montgomery, Damion Jacobs, Hill, and Eric Jacobs (Doc. 39) is DENIED.

IT IS ORDERED that Defendants' Motion to Dismiss Fridge's bystander claims (Doc. 39) is DENIED.

IT IS ORDERED that Defendant's request for a stay of discovery (Doc. 39) is DENIED.

IT IS ORDERED that Fridge's request to amend his complaint (Doc. 45) is DENIED.

The claims and Defendants that remain are: (1) Fridge's state law claims for *respondeat superior* liability against Chief Smith and the City; and (2) Fridge's § 1983 and state law claims against Defendants Stafford, Greenhouse, Montgomery, Damion Jacobs, Hill, and Eric Jacobs.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana on this 25th day of April 2019.

JUDGE DEE D. DRELL
UNITED STATES DISTRICT JUDGE